JACQUELYNE M. NGUYEN, Bar No. 249658
LAW OFFICE OF JACQUELYNE M. NGUYEN
1670 SANTA ANA AVE., SUITE K
COSTA MESA, CA 92627
Telephone: (949) 722-0055
Fax:(949) 722-8416
Email: jackie@jacquelynenguyenlaw.com

Attorney for: PLAINTIFF

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CV 13-4666 |
|---|---|
| Plaintiff, | |
| vs. | CONSENT JUDGMENT |
| HUSAM L. KANAN, AKA HUSAM LUTFI KANAN, | |
| Defendant | |

Pursuant to the above stipulation of the parties, Judgment is hereby entered in favor of Plaintiff, UNITED STATES OF AMERICA, against Defendant, Husam L. Kanan, aka Husam Lutfi Kanan, in the principal amount of $8,555.79 plus interest accrued to May 20, 2013, in the sum of $16,695.29; with interest accruing thereafter at 10% annually until entry of judgment, administration costs in the amount of $0.00, for a total amount of $**25,251.08**.

DATED: August 2, 2013                     By:_____Terry Nafisi_____
                                          Clerk of the Court

                                          _____
                                          Deputy Clerk
                                          United States District Court